# IN THE SUPREME COURT OF THE STATE OF NEVADA

IVAN MICHEL DOMINGUEZ, A/K/A ARMANDO TORRESNAVA,
                    Appellant,
vs.
THE STATE OF NEVADA,
                    Respondent.

No. 70487

FILED

SEP 06 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK



## *ORDER DISMISSING APPEAL*

This is a pro se appeal from a district court order denying a postconviction petition for a writ of habeas corpus entered April 22, 2016. Eighth Judicial District Court, Clark County; Kerry Louise Earley, Judge.

On May 5, 2016, the district court entered an order to set aside the order filed on April 22, 2016. Thus, this order is not a final appealable order pursuant to NRS 177.015(3). Accordingly, we

ORDER this appeal DISMISSED.

_____, C.J.
Parraguirre

_____, J.
Hardesty

_____, J.
Pickering

cc:    Hon. Kerry Louise Earley, District Judge
       Ivan Michel Dominguez
       Attorney General/Carson City
       Clark County District Attorney
       Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

16-27573